FILED
CLERK, U.S. DISTRICT COURT
JAN 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>BERTHA CORTES ARREDONDO,<br><br>A Fugitive from the Government of Mexico | Case No.: 08-0104M<br><br>ORDER OF DETENTION |

### I.

Bertha Cortes Arredondo (the "fugitive") was arrested on January 24, 2008 pursuant to an arrest warrant based on a formal extradition request from Mexico. On January 25, 2008, the fugitive appeared in Court and contested detention pending an extradition hearing.

Under *Salerno v. United States*, 878 F.2d 317 (9th Cir. 1989), there is a presumption against bail in extradition cases. To overcome the presumption, the fugitive must show "special circumstances." The examples of "special circumstances" listed in *Salerno* were: the raising of substantial claims upon which the fugitive has a high probability of success; a serious deterioration of health while incarcerated; and unusual delay in the appeal process. The mere fact that the fugitive may not be a flight risk does not constitute a "special circumstance."

/ / /

The showing of "special circumstances" is a prerequisite to the Court even reaching the issue of whether any condition or combination of conditions of release can be set which will reasonably assure the appearance of the fugitive and/or the safety of any other person and the community. Here, the fugitive has failed to demonstrate special circumstances and thus the Court does not reach the issues of likelihood of appearance and/or safety of any other person or the community if the fugitive is released.

## II.

A. IT IS THEREFORE ORDERED that the fugitive be detained prior to the extradition hearing.

B. IT IS FURTHER ORDERED that the fugitive be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C. IT IS FURTHER ORDERED that the fugitive be afforded reasonable opportunity for private consultation with counsel.

D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which fugitive is confined deliver the fugitive to a United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED: 1/28/08

FREDERICK F. MUMM
United States Magistrate Judge